**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :  No. 10 EAL 2022

               Respondent           :

                                :  Petition for Allowance of Appeal

                                :  from the Order of the Superior Court

         v.                    :

                                :

BRENT BROWN,                 :

               Petitioner          :

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of May, 2022, the Petition for Allowance of Appeal is **DENIED**.